IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-62136 |
| | ) | |
| MALTESE JR. NICHOLAS | ) | CHAPTER 7 |
| BURRIER, MARYANNE | ) | |
| | ) | JUDGE KENDIG |
| DEBTORS | ) | |
| | ) | |

## TRANSMITTAL OF FUNDS PER RULE 3010

The Chapter 7 Trustee, Anne Piero Silagy, reports the following:

1. The Report of Distribution in the above-captioned case was approved. Pursuant to Rule 3010, those dividends in amounts less than five (5) dollars shall not be distributed by the Trustee to the unsecured creditors. The Trustee shall, instead, pay such dividends directly to the Court.

2. Accordingly, the Trustee's: Check No. 114, in the amount $1.20 for Claim No. 13 Trico Electric Cooperative and Check No. 106 in the amount of $.84 for Claim No. 5 Sycamore Canyon representing the dividend less than five (5) dollars in connection with the above-captioned case is submitted with this report.

FILED
2010 NOV 10 AM 10: 39

Respectfully submitted,

*Anne Piero Silagy* (signature)

Anne Piero Silagy (#0030444)
220 Market Avenue South
Suite 900
Canton, Ohio 44702
Telephone: (330) 456-0900
Facsimile: (330) 456-1981

Date: 11/08/10            DIVIDENDS REMITTED TO THE COURT            Page:

FILED 10 NOV 10 AM 10:39

Case Number 09-62136 - MALTESE JR., NICHOLAS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Sycamore Canyon HOA<br>c/o Cadden Community Management<br>101 S La Canada Dr<br>Suite 20<br>Green Valley, AZ 85614-2662 | 000005 | 217.53 | 0.84 |
| Trico Electric Cooperative<br>8600 W. Tangerine Rd.<br>Marana, AZ 85658 | 000013 | 310.13 | 1.20 |
| ---------- Remittance Total ---------- | | 527.66 | 2.04 |

*[signature]*

Anne Piero Silagy, Esq., Trustee

```
         UNITED STATES
       BANKRUPTCY COURT

      Northern District of Ohio
          Canton Division

    R1 - 00060842 - SESHE

      November 10, 2010 10:50:58

   Code    Case #    Qty    Amount
   UF - UNCLAIMED FUNDS
          09-62136    1     $.84CK
     Debtor - MALTESE
   UF - UNCLAIMED FUNDS
          09-62136    1     $1.20CK
     Debtor - MALTESE

      TOTAL  -      $2.04
      TEND   -       2.04
      CHANGE-        0.00

   FROM: ANNE PIERO SILAGY, ESQ.
         220 MARKET AVE, S #900
         CANTON, OH 44702
         330-456-0900
```

COURT1            Printed: 11/08/10 03:40 PM   Ver: 16.00a